UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


UNITED STATES OF AMERICA,


      Plaintiff,                          Case No. 3:23-CR-63

vs.

KEVIN JERMAINE SEWELL,           District Judge Michael J. Newman


      Defendant.

---

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE WITHOUT PREJUDICE (Doc. No. 5)**

---

Order **DENYING** Pro Se motion without Prejudice. This Order and Copy of the Motion shall be served upon Defendant's Counsel.  If Defendant's Counsel wishes to renew the request the Court will be amenable to consider it.

**IT IS SO ORDERED.**

March 25, 2025                    s/*Michael J. Newman*
                                     Hon. Michael J. Newman
                                     United States District Judge